1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11

THERESA BROOKE, a married woman dealing with her sole and separate claim,

12

Plaintiff,

13

vs.

14

LARKSPUR GROUP LLC,,

15

Defendant.

Case No: 2:22-cv-00019-MCE-DMC

**ORDER OF DISMISSAL**

16
17

    In accordance with Plaintiff's Notice of Voluntary Dismissal (ECF No. 4) filed

18

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and good cause appearing,

19

    This case is hereby dismissed, with prejudice, each party to bear their own fees

20

and costs.  The matter having now been concluded in its entirety, the Clerk of Court is

21

directed to close the file.

22

    IT IS SO ORDERED.

23

Dated:  June 7, 2022

24
25
26

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

27
28